1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURITA AMERICA, INC., | Case No. 1:21-cv-00438-DAD-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATION TO EXTEND TIME FOR KURITA AMERICA, INC. TO RESPOND TO COUNTERCLAIM |
| PAUL HANSEN, et al., | |
| Defendants. | (ECF No. 15) |
| APOLLO AG TECHNOLOGIES, LLC, et al., | |
| Counter Claimants, | |
| v. | |
| KURITA AMERICA, INC., | |
| Counter Defendants. | |

Before the Court is the parties' second stipulation to extend the time for Kurita America, Inc. to respond to the counterclaim. (ECF No. 15.) As explained in the stipulation, the parties previously stipulated to a seven-day extension of time for Kurita America, Inc. to respond to the counterclaim and the deadline for Kurita America, Inc. to respond is currently June 11, 2021. (*Id.*) The parties have agreed to an additional seven-day extension to June 18, 2021, in order to allow

1

1  the parties additional time to meet and confer regarding the counterclaim and a potential motion
2  to dismiss. (*Id.*)

3  Local Rule 144(a) permits the parties to file "an initial stipulation extending time for no
4  more than twenty-eight (28) days to respond to a . . . counterclaim" without approval of the Court.
5  E.D. Cal. L.R. 144(a). All other extensions of time must be approved by the Court. *Id.* Although
6  the stipulation states that it need not be approved by the Court, this is the parties' second
7  stipulation to extend Kurita America, Inc.'s responsive pleading deadline and it therefore requires
8  the Court's approval.

9  Having reviewed the stipulation, the Court will grant the requested extension. However,
10  the stipulation was filed on June 11, 2021, which was the applicable deadline for Kurita America,
11  Inc. to file its responsive pleading. (*See* ECF No. 15.) Counsel should seek to obtain any
12  necessary extensions "as soon as the need for an extension becomes apparent" and "[r]equests for
13  Court-approved extensions brought on the required filing date . . . are looked upon with disfavor."
14  E.D. Cal. L.R. 144(d). The parties are encouraged to file any future requests for extensions in
15  advance of the applicable deadline. *See id.*

16  Accordingly, IT IS HEREBY ORDERED that, pursuant to the parties' stipulation (ECF
17  No. 15), the deadline for Kurita America, Inc. to respond to the counterclaim is extended to June
18  18, 2021. No further extensions will be granted absent good cause.

IT IS SO ORDERED.

Dated:   **June 14, 2021**           /s/ *Erica P. Grosjean*
                                     UNITED STATES MAGISTRATE JUDGE

2