UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURITA AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PAUL HANSEN, et al.,<br><br>Defendants. | Case No. 1:21-cv-00438-DAD-EPG<br><br>ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 36) |
| APOLLO AG TECHNOLOGIES, LLC, et al.,<br><br>Counter-Claimants,<br><br>v.<br><br>KURITA AMERICA, INC.,<br><br>Counter-Defendant. | |

The parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 36.) In light of the stipulation, the case has ended and is dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

//
//
//
//

Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **January 19, 2022**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2